UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil 00-2262 JMR/SRN

Taylor Corporation, a Minnesota corporation, Precision Press Inc., a Minnesota corporation, and Travel Tags, a Minnesota corporation,

Plaintiffs,

v.

Lenticular Technologies, L.L.C., a Colorado corporation,

Defendant.

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: October 18, 2000.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

FILED OCT 18 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Pursuant to a recusal by the Magistrate on this case, the case has now been reassigned to Magistrate Judge Arthur J. Boylan.

NEW CASE NUMBER 00-2262 JMR/AJB

Use this case number for all further filings.