IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNEOSTA

TAYLOR CORPORATION, a Minnesota corporation, PRECISION PRESS, INC., a Minnesota corporation, and TRAVEL TAGS, INC., a Minnesota corporation,

Plaintiffs,

v.

LENTICULAR TECHNOLOGIES, L.L.C., a Colorado corporation,

Defendant.

Civil Action No. 00-CV-2262 JMR/ AJB

**STIPULATION EXTENDING TIME TO ANSWER AND ORDER**

**STIPULATION**

The parties hereby stipulate and agree and ask this Court to enter an order extending the time for defendant to answer or otherwise respond to the Complaint by thirty (30) days.

Dated: October 24, 2000

Douglas B. Greenswag (#150186)
Nicole A. Engisch (#215284)
Amy R. Brosnahan (#293283)
LEONARD, STREET AND DEINARD
Suite 2300
150 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 335-1500

ATTORNEYS FOR PLAINTIFFS

FILED OCT 30 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____

Dated: October 25, 2000

Daniel J. Maertens (#188311)
Lora Esch Mitchell (#259615)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402-3397
Telephone: (612) 347-7098/7185
Facsimile: (612) 347-7077

ATTORNEYS FOR DEFENDANT

Of Counsel:
J. Joseph Muller
POLSTER, LIEDER, WOODRUFF
& LUCCHESI, L.C.
763 South New Ballas Road
St. Louis, Missouri 63141
Telephone: (314) 872-8118
Facsimile: (314) 991-2178

**ORDER**

SO ORDERED.

Dated: 10/27/00

ARTHUR J. BOYLAN
U.S. Magistrate Judge

::ODMA\PCDOCS\FBDOCS1\2437689\1