IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNEOSTA

TAYLOR CORPORATION, a Minnesota corporation, PRECISION PRESS, INC., a Minnesota corporation, and TRAVEL TAGS, INC., a Minnesota corporation,

Plaintiffs,

v.

LENTICULAR TECHNOLOGIES, L.L.C., a Colorado corporation,

Defendant.

Civil Action No. 00-CV-2262 JMR/AJB

**STIPULATION EXTENDING TIME TO ANSWER AND ORDER**

**STIPULATION**

The parties hereby stipulate and agree and ask this Court to enter an order extending the time for defendant to answer until March 16, 2001.

Dated: March 12, 2001

Nicole A. Engisch

Douglas B. Greenswag (#150186)
Nicole A. Engisch (#215284)
Amy R. Brosnahan (#293283)
LEONARD, STREET AND DEINARD
Suite 2300
150 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 335-1500

ATTORNEYS FOR PLAINTIFFS

MAR 13 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: March 12, 2001

Daniel J. Maertens (#188311)
Lora Esch Mitchell (#259615)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402-3397
Telephone: (612) 347-7098/7185
Facsimile: (612) 347-7077

William B. Cunningham
POLSTER, LIEDER, WOODRUFF
& LUCCHESI, L.C.
763 South New Ballas Road
St. Louis, Missouri 63141
Telephone: (314) 872-8118
Facsimile: (314) 991-2178

ATTORNEYS FOR DEFENDANT

**ORDER**

SO ORDERED.

Dated: 3/13/01

Arthur J. Boylan
Magistrate Judge of United States District Court

::ODMA\PCDOCS\FBDOCS1\2437689\3